8177
Fee Paid
#4
no related

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORBERTO GIL, | |
| Plaintiff, | No. 2:23-cv-663 |
| v. | |
| OMEGA ELECTRIC, | JURY TRIAL DEMANDED |
| Defendants. | |

FILED
APR 24 2023
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

**COMPLAINT**

Plaintiff Norberto Gil ("Mr. Norberto Gil") files this Complaint as follows:

**JURISDICTION AND VENUE**

1. This action is brought under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-1, *et seq.*, and the Pennsylvania Human Relations Act, 43 P.S. § 951, *et seq.* This Court has jurisdiction over these claims under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3) and (4), and 28 U.S.C. § 1367.

2. Venue is proper pursuant to 28 U.S.C. § 1391(b) because each claim arose in Allegheny County, Pennsylvania in the Western District of Pennsylvania.

**PARTIES**

3. Mr. Norberto Gil is an adult individual residing in the Western District of Pennsylvania.

4. Defendant Omega Electric an organized and existing under the laws of the Commonwealth of Pennsylvania with a principal place of business at 25 Marjessa Drive Pottsville, Pennsylvania 17901 Schuylkill County. Omega Electric maintains and operates the Allegheny County Omega Electric Office (the "Omega Electric"), which is located at 135 Burke Drive, Monroeville, Pennsylvania 15146. At all relevant times, Omega Electric Allegheny County was

acting by and through its duly authorized employees, agents and/or administrators of Omega Electric, who at all relevant times were acting within the course and scope of their employment.

## ADMINISTRASTIVE EXHAUSTION

5. Mr. Norberto Gil exhausted all necessary administrative remedies before the Equal Employment Opportunity Commission at EEOC Docket No. 533-2023-00595.

## FACTS

6. In August 2021, Omega Electric Main Office did hire Norberto Gil as an Electrician.

7. Norberto Gil was subsequently placed in the Omega Electric Allegheny County location at 135 Burke Drive, Monroeville, Pennsylvania 15146.

8. In response to these allegations of race and age discrimination, Mr. Norberto Gil Hispanic American, was hired by Omega Electric on or about August 9, 2021.

9. At all relevant times, Mr. Norberto Gil was employed as an Electrician for Omega Electric.

10. The position of Electrician is a position offered by Omega Electric.

11. At the time he was hired, Mr. Norberto Gil held is an Electrician.

12. Also, at the time he was hired, Mr. Norberto Gil's credentials far exceeded those of the other applicants that were training him. This treatment was cruel and unusual treatment.

13. Despite the foregoing, Mr. Norberto Gil was subjected to the following discriminatory treatment at Omega Electric in the terms and conditions of his employment:

14. Mr. Norberto Gil complained to the Main Office that he believed he was being treated less favorably in the terms and conditions of his employment at Omega Electric because of his race.

15. On multiple occasions following his complaint, the Main Office intentionally altered Mr. Norberto Gil's timecard to make it look as though he worked less hours than his Caucasian electricians even though that was false.

16. Omega Electric Main Office also ordered Mr. Norberto Gil, without justification and on numerous occasions, to do jobs 2 1/2 to 5 hours away from his residence.

17. Mr. Norberto Gil did not get jobs close to his residence, while all the other electricians were always assigned close jobs orders to their residence.

18. Omega Electric subjected Mr. Norberto Gil to double standards and a Hostile Environment.

19. Mr. Gil wasn't allowed to enjoy a cooperative relationship in which one cannot function without the other in the employment and or the training of new hires.

20. The Omega Electric Main Office did not provide the correct training for Mr. Norberto Gil as they did for other newly hired Electrician's, where training is of concern.

21. During his training, Mr. Norberto Gil witnessed and was subjected to racially discriminatory conduct when supervisor Dan had apprentice electricians training Mr. Norberto Gil incorrectly to cause him harm and excessive failure.

22. Mr. Norberto Gil also witnessed racially discriminatory conduct when white electricians were allowed to use their phones anywhere, or anytime, or place without penalty or reprimand.

23. Mr. Norberto Gil reported the foregoing to the appropriate personnel at Omega Electric HR and supervisors.

24. Soon after reporting this racial misconduct and double standards, Mr. Norberto Gil became the target of a campaign of retaliation that included, among other things, the supervisors/co-workers about whom he complained at Omega Electric began having his peers to provide false statements against him to use as a vehicle to impose discipline.

25. At least 3 individuals notified Mr. Norberto Gil that the supervisors asked them, "What information do you have for us?" when seeking to elicit false information to use against him, (like saying he was using drugs/mushrooms, etc.).

26. Mr. Norberto Gil again complained to HR about race and age discrimination.

27. On November 5, 2022, Mr. Norberto Gil was disrespected by Dan for being late.

28. Mr. Norberto Gil reprimand on numerous occasions were unjustified and in retaliation for the fact that he reported various misconduct related to race and age during training.

29. Mr. Norberto Gil was ultimately terminated from Omega Electric on November 10, 2022, for allegedly using drugs and doing unsatisfactory work. Mr. Norberto Gil asked for a meeting with Human Resources at Omega Electric, which he was denied.

30. At the time Mr. Norberto Gil was terminated from Omega Electric, he was aware of numerous instances in which Caucasian electricians should have received discipline of some form and/or reprimand for misconduct or policy violations but did not:

31. On yet another occasion, a worker from Omega Electric Office stated openly about Norberto Gil, "that Spic mother fucker doesn't deserve to be working here," but received no discipline and/or reprimand.

32. On several other occasions, Caucasian supervisor openly used profanity toward Mr. Norberto Gil, pointed their fingers in his face, made threatening gestures toward him in connection with their tools, and through his paperwork on the ground, all without discipline and/or reprimand, even though he complained to the Main Office about this conduct.

33. Mr. Norberto Gil's termination was because of his race/age and/or in retaliation for complaining about race/age discrimination at Omega Electric.

34. As a direct and proximate result of this discrimination, Mr. Norberto Gil suffered lost wages, benefits, and future pecuniary gains, as well as emotional pain and suffering, mental anguish, and other nonpecuniary losses.

35. Defendants' conduct in discriminating against Mr. Norberto Gil was done with malice and/or reckless indifference to his federal and state protected rights.

## COUNT I

## Race Discrimination in Violation of Title VII

## (in the Alternative, Hostile Work Environment)

### (Mr. Norberto Gil v. All Defendants)

36. All paragraphs herein are incorporated by reference.

37. Mr. Norberto Gil was qualified for this position.

38. He was terminated from Omega Electric when similarly situated employees who are not members of his protected class were treated more favorably, thus giving rise to an inference of discrimination because of race.

39. Mr. Norberto Gil suffered differences in his work assignments, responsibilities, training, discipline, discharge, and other areas of his employment when similarly situated

employees who are not members of his protected class were treated more favorably and/or under circumstances giving rise to an inference of discrimination because of race age.

40. For all the reasons stated above, Mr. Norberto Gil was also subjected to a hostile work environment while employed at Omega Electric.

## COUNT II

## Retaliation in Violation of Title VII

### (Mr. Norberto Gil v. All Defendants)

41. All paragraphs herein are incorporated by reference.

42. Mr. Norberto Gil engaged in protected conduct by complaining of and/or reporting his opposition to race and/or age discrimination at the Omega Electric Main Office, or in connection with his duties and responsibilities at Omega Electric and was retaliated against for the same.

## COUNT III

## Race Discrimination in Violation of the PHRA

## (in the Alternative, Hostile Work Environment)

### (Mr. Norberto Gil v. All Defendants)

43. All paragraphs herein are incorporated by reference.

44. For all the reasons stated above, Defendant discriminated against Mr. Norberto Gil because of his race and/or age, in the alternative, subjected him to a hostile work environment.

## COUNT IV

## Retaliation in Violation of the PHRA

(Mr. Norberto Gil v. All Defendants)

45. All paragraphs herein are incorporated by reference.

46. For all the reasons stated above, Defendants retaliated against Mr. Norberto Gil.

## PRAYER FOR RELIEF

WHEREFORE, Mr. Norberto Gil respectfully requests that this Court grant the following relief:

a. That Defendants be required to compensate him for the full value of wages and benefits he would have received had it not been for their illegal treatment, with interest until the date of any verdict as to be determined at trial,

b. That Defendants be required to compensate him for the present value of any future wages and benefits that he would reasonably have earned from them had it not been for their illegal treatment,

c. Compensatory damages in an amount to be determined at trial,

d. Punitive damages in an amount to be determined at trial,

   e.      Attorney's fees and costs, and

   f.      All other relief this Court deems just and proper.

Respectfully submitted,

Norberto Gil

_/s/ Norberto Gil_

Norberto Gil
144 Forbes Trail Road
Export, Pa 15623
(724) 640-9285

*Pro-Se for Plaintiff*